```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                            CASE NO. 06 B 02424
    ODELL POOLE
    VIVIAN D POOLE                                CHAPTER 13

                                                  JUDGE: MANUEL BARBOSA
           Debtor
    SSN XXX-XX-7444       SSN XXX-XX-5492
```

---
### TRUSTEE'S FINAL REPORT AND ACCOUNT
---

Glenn Stearns, Chapter 13 Standing Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 USC 1302(b)(1).

1. The case was filed on 03/13/06 and confirmed on 07/17/06.

2. The plan is paid in full.

3. The Debtor paid a total of $ 37467.97 .

4. The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| CHASE HOME FINANCE | CURRENT MORTG | 32475.58 | .00 | 32475.58 |
| CHASE HOME FINANCE | MORTGAGE ARRE | .00 | .00 | .00 |
| CAPITAL ONE AUTO FINANCE | SECURED VEHIC | .00 | .00 | .00 |
| HEIGHTS FINANCE | SECURED VEHIC | .00 | .00 | .00 |
| FOX METRO WATER REC DIST | SPECIAL CLASS | NOT FILED | .00 | .00 |
| CAPITAL ONE AUTO FINANCE | UNSECURED | NOT FILED | .00 | .00 |
| CHASE MANHATTAN BANK USA | UNSECURED | NOT FILED | .00 | .00 |
| DIRECT TV | UNSECURED | NOT FILED | .00 | .00 |
| INTERSTATE ENERGY GAS CO | UNSECURED | NOT FILED | .00 | .00 |
| NICOR GAS | UNSECURED | NOT FILED | .00 | .00 |
| ROUNDUP FUNDING LLC | UNSECURED | 90.88 | .00 | 90.88 |

Summary of disbursements:

| | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | 32475.58 | .00 | 90.88 | .00 | 32566.46 |
| PRINCIPAL PAID | 32475.58 | .00 | 90.88 | .00 | 32566.46 |
| INTEREST PAID | .00 | .00 | .00 | .00 | .00 |
| TOTAL PAID | 32475.58 | .00 | 90.88 | .00 | 32566.46 |

The Debtor's attorney, CARY L SHILTS                  , was allowed $   2400.00 and was paid $   1000.00  direct and $   1400.00  through the plan.

The Trustee received $   1324.19 .

Refunds to the Debtor totaled $   2177.32 .

Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.

```
Dated: 04/11/08                    /S/
                                GLENN STEARNS
                                CHAPTER 13 TRUSTEE
```